UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Adairan Martell Davis,

    Plaintiff,

v.

State of MN et al,

    Defendants.

Case No. 21-cv-1811 MJD/ECW

**ORDER**

Based upon the Report and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated August 31, 2021, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that:

1. The Petition (Dkt. No. 1) is **DENIED WITHOUT PREJUDICE**.
2. This matter is **DISMISSED**.
3. The IFP Application (Dkt. No. 2) is **DENIED AS MOOT**.
4. A certificate of appealability is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: September 21, 2021

s/Michael J. Davis
MICHAEL J. DAVIS
United States District Judge